In the Matter of the Application of EDWARD A. RICHARDS, as Executor of VITO GIGLIO, Deceased, Appellant. JOSEPH KIRSCH, Respondent.

Argued April 8, 1946; decided May 29, 1946.

*John P. McGrath* and *Reginald S. Hardy* for appellant.
*Herman S. Bachrach* and *Clarence G. Bachrach* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.